*Leave to Appeal Denied April 29, 2009:*

HICKS FAMILY LIMITED PARTNERSHIP V 1ST NATIONAL BANK OF HOWELL, No. 137146; Court of Appeals No. 276575.

JOHNSON V CITY OF CHARLEVOIX ZONING BOARD OF APPEALS, No. 137335; Court of Appeals No. 284193.

NORWOOD TWP CITIZENS FOR HEALTH AND SAFETY V NORWOOD LIMESTONE QUARRY, No. 137624; Court of Appeals No. 283386.

LEWIS V LEWERENZ HEALTH & WELLNESS CENTER FOR FAMILY & SPORTS, PC, No. 137704; Court of Appeals No. 277179.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ. We would grant leave to appeal.

SLAUGHTER V BLARNEY CASTLE OIL COMPANY, No. 137794; reported below: Court of Appeals No. 281 Mich App 474.

KRISPIN V FOSTER, No. 137857; Court of Appeals No. 284255.

WILLIAMS V SHEEHAN'S ON THE GREEN, INC, No. 137888; Court of Appeals No. 285920.


*Reconsideration Denied April 29, 2009:*

DEPARTMENT OF ENVIRONMENTAL QUALITY V REXAIR, INC, No. 136700. Summary disposition entered at 482 Mich 1009. Court of Appeals No. 272652.

KELLY C.J., and HATHAWAY, J. We would grant reconsideration.

*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal May 1, 2009:*

PEOPLE V HOCH, No. 137908. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. Court of Appeals No. 269739.

CORRIGAN, J. (*concurring*). I would direct the parties to include in their discussion the applicability and effect of MCR 7.210(B)(2), which describes the appellant's duty to file a settled statement of facts when a transcript of proceedings in the trial court is unavailable. The record before this Court appears to have been filed without heed to this rule.

YOUNG, J. I join the statement of Justice CORRIGAN.

LOOS V JB INSTALLED SALES, INC, No. 137987. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. Court of Appeals No. 275704.